**EXHIBIT C**

[November 2023 Board of Directors Meeting Deck]

| | |
|---|---|
| **From:** | Christine Hunsicker <christine@caastle.com> |
| **Sent:** | Thursday, November 2, 2023 9:44 AM EDT |
| **To:** | Scott Callon - Ichigo Asset Management <scott.callon@ichigoasset.com>; John Hennessy <hennessy@stanford.edu> |
| **Subject:** | Mtg tonight |
| **Attachments:** | BoD Oct 2023.pdf, RTR & CaaStle (Temasek) Oct 2023.pdf |

Hi John and Scott,

Attached are the decks for tonight. We are going to spend the majority of the time on RTR / TEM and NewCo.

The deck is finished except for the NewCo section. The team is working on something given that it's a rapidly evolving situation so it may end up just being a discussion. If there are meaningful materials to present, I will send an updated deck later.

Christine



# Board of Directors Meeting

Oct 2023

# Agenda

- Financial review
  - Quarterly P&L
- Borrow Dropship product review
  - 2023 Strategy and client type reminder
- NewCo
  - Temasek & RTR
  - Aggregator

CaaStle

# Financials

# Quarterly Results

| | Q1 | Q2 | Q3 |
|---|---|---|---|
| **Revenue** | **$95,987,458** | **$114,543,282** | **$143,540,315** |
| Platform | $54,889,168 | $55,264,101 | $62,703,843 |
| BA | $30,034,236 | $47,629,026 | $69,987,237 |
| O&O | $11,064,054 | $11,650,155 | $10,849,235 |
| | | | |
| Cost of Goods Sold: | | | |
| Clothing | $2,727,036 | $2,731,804 | $3,392,021 |
| Shipping Cost | $24,587,463 | $27,018,118 | $32,365,782 |
| Cleaning Cost | $2,707,728 | $2,859,474 | $3,890,912 |
| Other Cost of Goods Sold | $394,633 | $507,120 | $449,282 |
| Warehouse (salaries) | $18,573,219 | $20,311,571 | $26,709,374 |
| Photoshoots | $46,308 | $60,927 | $73,029 |
| Total Cost of Goods Sold | $49,036,387 | $53,489,014 | $66,880,400 |
| | | | |
| Gross Profit | $46,951,071 | $61,054,268 | $76,659,915 |
| *GP Margin* | *48.9%* | *53.3%* | *53.4%* |
| | | | |
| Total Operating Expense | $36,395,420 | $37,271,615 | $43,604,991 |
| | | | |
| Operating Profit | $10,555,651 | $23,782,653 | $33,054,924 |

Company
Confidential

CaaStle

# 2023 Budget vs Actuals

| | Forecast 1 | Forecast 2 | Forecast 3 |
|---|---|---|---|
| Total Revenue | $92,798,051 | $116,106,797 | $147,476,766 |
| CaaStle Platform Revenue | $54,212,760 | $61,223,925 | $72,976,520 |
| BA Revenue | $28,981,800 | $45,279,381 | $64,896,754 |
| O&O Revenue | $9,603,491 | $9,603,491 | $9,603,491 |
| Cost of Goods Sold | $44,711,985 | $54,521,397 | $68,900,691 |
| Gross Profit | $48,086,066 | $61,585,400 | $78,576,075 |
| *GP Margin* | 51.8% | 53.0% | 53.3% |

| | Actual 1 | Actual 2 | Actual 3 |
|---|---|---|---|
| Total Revenue | $95,987,458 | $114,543,282 | $143,540,315 |
| CaaStle Platform Revenue | $54,889,168 | $55,264,101 | $62,703,843 |
| BA Revenue | $30,034,236 | $47,629,026 | $69,987,237 |
| O&O Revenue | $11,064,054 | $11,650,155 | $10,849,235 |
| Cost of Goods Sold | $49,036,387 | $53,489,014 | $66,880,400 |
| Gross Profit | $46,951,071 | $61,054,268 | $76,659,915 |
| *GP Margin* | 48.9% | 53.3% | 53.4% |

| | Difference 1 | Difference 2 | Difference 3 |
|---|---|---|---|
| Total Revenue | 3% | -1% | -3% |
| CaaStle Platform Revenue | 1% | -11% | -16% |
| BA Revenue | 4% | 5% | 7% |
| O&O Revenue | 13% | 18% | 11% |
| Cost of Goods Sold | -9% | 2% | 3% |
| Gross Profit | -2% | -1% | -2% |
| *GP Margin* | -2.9% | 0.3% | 0.1% |

CaaStle

# Sept BS

| ASSETS | | LIABILITIES & EQUITY | |
|---|---|---|---|
| **Current Assets** | | **Current Liabilities** | |
| Cash | $112,835,791 | Accounts Payable | $1,873,232 |
| Accounts Receivable | $1,102,923 | Sales Tax Payable | $533,094 |
| Net Inventory Depreciation | $4,720,831 | Deferred Revenue and | $13,093 |
| Pre-Paid Expenses | $1,203,999 | Accrued Expenses | $1,309,321 |
| Other Current Assets | $1,887,382 | Other Current Liabilitie | $890,076 |
| Total Current Assets | $121,750,926 | Total Current Liabilitie | $4,618,816 |
| | | Total Liabilities | $4,618,816 |
| **Long Term Assets** | | **Equity & Retained Earnings** | |
| Net Value of Fixed Assets | $2,799,002 | Equity | $385,465,015 |
| Other Long Term Assets | $1,890,393 | Retained Earnings | ($263,643,510) |
| Total Long Term Assets | $4,689,395 | Total Equity & Retaine | $121,821,505 |
| **Total Assets** | **$126,440,321** | **Total Liabilities & Equity** | **$126,440,321** |

Company
Confidential

CaaStle

# Notes to Financials

- BA / Creators are outpacing forecast, but Platform clients are lagging – 2 bankruptcies, 3 exec mgmt. changes
- 1,350 Creators signed. 75% in the Everywoman / Y&T bucket, and 25% in the Modern
- Profitability continues to grow, both EBITDA and Cash Flow
- Gross Margin increased 4+ pts due to scaling of BA / Creator business, which is higher margin than enterprise business
- $110M in cash, which is a $30M increase over Q2
- Borrow is captured in amortization on the P&L and as a depreciated asset on the BS

# Notes to Budget

- Revenue growth is largely dependent up BA / Creator business.
- Gross Margin increases 5 pts due to scaling of BA / Creator business, particularly the Modern persona.
- Assuming CaaStle remains focused on 50K-250K creators, we will need 100,000 leads and 1,500 launches. We have 80% confidence in those numbers. 95% confidence in 80,000 leads and 1,200 launches. Mitigation strategies include additional sourcing methods, followership expansion about 250K, BA productivity increases, etc.

CaaStle

# Borrow Dropship

# Components

- Dropship Digital Experience
- Dropship Physical Experience
- Dropship Wholesale Economics

## Borrow Dropship – Digital Experience

# eCommerce Experience - BCBG



# eCommerce Experience






Company Confidential
Company Confidential

# eCommerce Experience





Company Confidential

## Borrow Dropship – Physical Experience

# Garment from Retailer, Return Bag from CaaStle



Garment from Retailer





Return Bag from The Ensemble

Company Confidential

## Borrow Dropship – Economics

# For Consumers, Borrow provides lower cost access, early discounts

### Borrow Fee
$99.50

### Buy Price
$498.00

### Then Buy
$299



**$398.50**

**20% Savings**

$498.00

# With DS Wholesale, retailers reduce volume at highest markdowns

**Retailers Today**

| Markdown Level | % Sales |
|---|---|
| 0% | 32% |
| 30% - 50% | 41% |
| > 51+% | 27% |



**Retailers With DS Wholesale**

| Markdown Level | % Sales |
|---|---|
| 0% | 32% |
| 30% - 50% | 41-68% |
| > 51+% | ?? |

*Potential for 12+% improvement in Avg. Margin per Garment*

CaaStle

# With DS Wholesale, CaaStle's costs are covered by average Borrow activity

## Wholesale Costs

$239 Garment

~$ 10 Shipping



*Subsequent Borrows, Cross-listing are upside*

**$249**

## Borrow Fee

$99.50

## Added Revenues

30% Paygo for 7 days
40% TTB participation
===
$151

**$251.50**

# In Summary - *Borrow Dropship is a Win-Win-Win*



- Easy access to a favorite or aspirational brand
- Lower risk/cost to try the garment
- Earlier access to discounts



- New Ensemble customer
- Sought after inventory for use in the exchange at no cost



- New, repeat customer
- Increased share of wallet
- Lower processing costs
  - No shipment, no returns
- Reduced sales at below wholesale markdowns

Company Confidential
Company Confidential

# Next Step

- Centralized Borrow destination goes live end of Nov
- "Klarna-esque Marketplace for Borrow"
- Syndication to all BAs

**Company Confidential**

CaaStle

## Temasek and RTR (see deck prepped for Temasek)

# Notes TEM conversation

- RTR market cap $35M, $330M in debt ($275 + $55M PIK), headed to BK and trips debt covenant in 6-9 months
- CEO has 20:1 super voting rights
- TEM does not run companies
- TEM and RTR are in market looking for a solution
- CEO image matters most to her

CaaStle

# NewCo



# Rent the Runway:
# Strategic Options

**Company Confidential**

CaaStle 1

# Problem Statement

Presently RTR has no sustainable operating model that generates cash and cannot pay back $330M+ of debt

**Company Confidential**

# RTR's Possible Solutions…that won't work

Amend and extend debt, again

- Doesn't actually change the core business model problem, just allows more interest to be collected

RTR raises more equity

- At what valuation? Given the market cap and the cash needs, 100% would be given away (and still no repayment of debt)
- From whom? Unclear that any strategic or financial acquirer will pursue the deal given debt load and unit economics

RTR sells

- To whom? Apparel industry does not have cash and there still would be $330M+ of debt to payback. And the business has not shown the ability to generate cash
- How? Governance structure of 20x Class B voting rights makes this one person's sole decision

RTR cuts expenses

- One can't cut your way to a profitable model when the issue is inventory, not overhead. The unit economics are broken.

RTR grows its way out of it

- One can't grow profit when the issue is inventory, not overhead. Every additional subscriber puts the company more into the red
- TAM is limited given the constraints artificially imposed given the brokenness of the utilization and monetization model. Subscriber base is declining

# Root Cause of RTR's Predicament

RTR cannot efficiently utilize and monetize its inventory properly. Why?

# RTR Offer Dynamics

In the current offer, demand mainly selects clothing from the newest launch.



Company Confidential

# RTR Offer Dynamics

As more new clothing comes in, Demand concentrates on the newest launch. Prior launches see less demand.



Company Confidential

# RTR Offer Dynamics

**This dynamic continues with each new launch. Demand clusters towards the latest clothing.**



# RTR Offer Dynamics

**Demand continues to concentrate on newness, and older launches have little or zero consumer demand.**



**Company Confidential**

# RTR Offer Dynamics

**Under-utilized clothing continues to build on the balance sheet, while consumers continue to demand newness.**



**Company Confidential**

# RTR Offer Dynamics

**Aged inventory grows and grows, while cash continues to be deployed to buy new items.**



**Company Confidential**

# RTR Offer Dynamics

**Eventually, there is more under-utilized inventory than there is newness. This is the problem.**



**Company Confidential**

# Solution

Move RTR business onto CaaStle's technology ("CaaStle Platform") immediately to generate an incremental $100M+ per year of FCF for RTR by increasing inventory utilization and monetization of the core asset.

# CaaStle Offer Dynamics

**The CaaS Demand Platform brings consumers to the under-utilized inventory and generates predictable, growing, and substantial Free Cash Flow**



Company Confidential

# Impact

The CaaStle Platform will generate an incremental $100M+ per year of FCF for RTR, relative to current state of -$60M,

RTR will achieve EBITDA profitability within ~6-9 months and grow to $350M in rev and 15%+ in OM in ~2 years

Temasek debt can be fully paid off in under 3-5 years

# Impact: 2022-2025 Comparative Financials

| P&L / CF | RTR w/o CaaStle Platform | | | | RTR w/ CaaStle Platform | |
|---|---|---|---|---|---|---|
| | FY2022A | FY2023E | FY2024E | FY2025E | FY2024E | FY2025E |
| Total Revenue | $296 | $297 | $297 | $297 | $294 | $350 |
| Fulfillment | $92 | $89 | $89 | $89 | $77 | $93 |
| Clothing | $84 | $80 | $80 | $80 | $77 | $51 |
| Gross Profit | $120 | $128 | $128 | $128 | $140 | $206 |
| % Gross Margin | 40% | 43% | 43% | 43% | 48% | 59% |
| Operating Expenses | $224 | $203 | $203 | $203 | $146 | $146 |
| Operating Income | ($104) | ($76) | ($76) | ($76) | ($6) | $60 |
| Interest | $35 | $25 | $25 | $25 | $25 | $25 |
| Net Income | ($139) | ($101) | ($101) | ($101) | ($31) | $35 |
| Clothing Capex | $62 | $68 | $68 | $68 | $44 | $40 |
| FCF | ($100) | ($56) | ($56) | ($56) | $12 | $58 |
| Ending Cash on BS | $155 | $99 | $43 | ($12) | $111 | $169 |

# Deal Structure

PE firm writes $50-100M preferred check and Temasek debt reduced by $50M immediately (Temasek has removed all risk / on par with BK scenario) OR Temasek converts some debt to equity

Temasek amends debt

Class B voting rights eliminated

CaaStle takes 1 BoD seat

New leadership team. CaaStle has one ready to go.

CaaStle takes 10% in warrants

CaaStle is paid 50% of cash flows as licensing fee, 20M upfront as prepayment of fees

CaaStle has an option to convert cash flow into equity for 3 years at current valuation, up to 40% stake

RTR commits to exclusivity on the CaaStle Platform

CaaStle

# Implementation Steps & Timing

Bring up CaaStle version of RTR (RTR Non-Premium) on RTR.com, with unlimited shipping (M0-M3)

Move current RTR model to Premium.RTR.com and raise price of Premium, w/ unlimited shipping (M3)

Cut technology staff in half (M3)

Reserve moves onto CaaStle's Borrow model (M3)

Bring up BA's for TAM expansion with unlimited shipping (M3-6)

Company Confidential

CaaStle

# Appendix
# (BA Program)

**Company Confidential**

CaaStle

# Solution

Expands addressable market, generating $40-$80M annual FCF using the CaaS Demand Platform

- Protects current service and subscriber base
- Creates new, Non-Premium service utilizing current inventory
- Higher margins and FCF generation
- Expands subscriber base without additional capital requirements
- Increased fulfillment center capacity utilization
- Addressable market expansion with lower price point
- Licenses CaaStle's proprietary technology, CaaS Demand Platform:
  - B2B platform, matching and pricing algorithms, and unlimited shipping

Considerations

- Powerful investor messaging
- Scalable tech integration options
- Current premium service untouched



Best inventory utilized for Premium

Under-utilized inventory used for Non-Premium

# Investor Messaging

- Business becomes self-funding, breakeven in 2024
  - No need for future financings
- $50M debt covenant avoided
- Accelerated revenue and subscriber growth
- Additional sales vertical utilizing existing asset base
- Addressable market expansion
  - Incremental CAC reduced by +70%
- Improved capital efficiency
- Significant value creation potential of $500M-$1B+ in market value

# Market definitions

Premium

- Higher price point
- Most current inventory (top 20-25%)
- Full choice over what is sent in shipment
- Manual pricing for purchased items
- RTR model

Non-premium

- Lower price point
- Under-utilized inventory (bottom 75-80%)
- Matching algorithm chooses what is sent in shipment
- Pricing algorithm prices purchased items
- CaaStle model



Best inventory used for Premium Offer

Under-utilized inventory used for Non-Premium Offer

# CaaS Demand Platform Overview

Powerful product designed for the Creator Economy

- Selected Creators launch as Branded Affiliates and market their own subscription business to their followers
- Provides recurring revenue for Creators through affiliate payments

Powerful product for RTR

- Initially generates $40-$80M of annual FCF* with minimal penetration of Creator Economy
- Leverages non-premium inventory, creating differentiated offering from Premium Offer
- Opens new marketing channel with exceptionally low CAC
- Expands RTR's brand reach into new consumer segments
- Expands addressable market with lower price point (1.6M Instagram accounts with >500K followers)

* Lower capex spend on inventory per subscriber, increased utilization of inventory asset, higher gross margin, lower fulfillment costs.

# Premium Offer Dynamics

In the current Premium offer, demand mainly selects clothing from the newest launch.



Company Confidential

# Premium Offer Dynamics

**As more new clothing comes in, Demand concentrates on the newest launch. Prior launches see less demand.**



Company Confidential

# Premium Offer Dynamics

**This dynamic continues with each new launch. Demand clusters towards the latest clothing.**



# Premium Offer Dynamics

**Demand continues to concentrate on newness, and older launches have little or zero consumer demand.**



Company Confidential

# Premium Offer Dynamics

**Under-utilized clothing continues to build on the balance sheet, while consumers continue to demand newness.**



**Company Confidential**

# Premium Offer Dynamics

Aged inventory grows and grows, while cash continues to be deployed to buy new items.



Company Confidential

# Premium Offer Dynamics

Eventually, there is more under-utilized inventory than there is newness. This is a huge problem. Pointing demand towards older inventory assets will dramatically increase productivity of the inventory asset.



Company Confidential

# Premium + Non-Premium Offer Dynamics

**The CaaS Demand Platform brings consumers to the under-utilized inventory and generates substantial Free Cash Flow**



**Company Confidential**

# Assumptions

For every Branded Affiliate launched:

- 400 avg subs per Branded Affiliate (0.08% of 500,000 follower Instagram account)
  - Pareto distribution expected
- $85 / mo paid to RTR
- Each Branded Affiliate drives $408,000 annual revenue
  - 400 * $85 * 12 = $408,000
- $50 / mo in logistics COGS
  - 42% Gross Margin: ($85-$50)/$85
- No incremental clothing purchased

Company Confidential

CaaStle

# RTR Financial Impact

For every 250 Branded Affiliates launched:

- $100M in additional annual revenue
- $42M in Free Cash Flow generated
  - $13M incremental created by 10% logistics efficiency per 100K subs
- $125M-$150M in inventory savings for equivalent revenue growth

Company Confidential

CaaStle

# 2022-2024 Comparative Financials

## RTR w/o CaaS Demand Platform

| | 2022(E) | 2023(E) | 2024(E) |
|---|---|---|---|
| | 155,000 Subscribers | 210,000 Subscribers | 260,000 Subscribers |
| Revenue | $ 300,000,000 | $ 375,000,000 | $ 450,000,000 |
| Fulfillment | $ 99,000,000 | $ 120,000,000 | $ 139,500,000 |
| Clothing | $ 90,000,000 | $ 112,500,000 | $ 135,000,000 |
| Gross Profit | $ 111,000,000 | $ 142,500,000 | $ 175,500,000 |
| *Gross Margin* | *37%* | *38%* | *39%* |
| Expenses | $ 220,000,000 | $ 195,000,000 | $ 195,000,000 |
| Op Income | $ (109,000,000) | $ (52,500,000) | $ (19,500,000) |
| Interest | $ (36,000,000) | $ (36,000,000) | $ (36,000,000) |
| Net Income | $ (145,000,000) | $ (88,500,000) | $ (55,500,000) |
| Clothing CapEx | $ 52,000,000 | $ 60,000,000 | $ 75,000,000 |
| FCF | $ (130,000,000) | $ (71,000,000) | $ (40,000,000) |
| | | | |
| **Ending Cash on BS** | **$ 115,000,000** | **$ 44,000,000** | **$ (4,000,000)** |

## RTR w/ CaaS Demand Platform

| | 2022(E) | 2023(E) | 2024(E) |
|---|---|---|---|
| | 155,000 Subscribers | 310,000 Subscribers | 460,000 Subscribers |
| Revenue | $ 300,000,000 | $ 477,000,000 | $ 654,000,000 |
| Fulfillment | $ 99,000,000 | $ 180,000,000 | $ 259,500,000 |
| Clothing | $ 90,000,000 | $ 112,500,000 | $ 135,000,000 |
| Gross Profit | $ 111,000,000 | $ 184,500,000 | $ 259,500,000 |
| *Gross Margin* | *37%* | *39%* | *40%* |
| Expenses | $ 220,000,000 | $ 195,000,000 | $ 195,000,000 |
| Op Income | $ (109,000,000) | $ (10,500,000) | $ 64,500,000 |
| Interest | $ (36,000,000) | $ (36,000,000) | $ (36,000,000) |
| Net Income | $ (145,000,000) | $ (46,500,000) | $ 28,500,000 |
| Clothing CapEx | $ 52,000,000 | $ 60,000,000 | $ 75,000,000 |
| FCF | $ (130,000,000) | $ (29,000,000) | $ 44,000,000 |
| | | | |
| **Ending Cash on BS** | **$ 115,000,000** | **$ 86,000,000** | **$ 130,000,000** |

**Company Confidential**

CaaStle

# Integration Options

Deep

- Shared inventory pool / late-binding decision
- Local (RTR) logistics
- RTR Effort: High + Capital Raise required
- Time to First BA Launch- **18-24 months, $200-$400M opportunity cost**

Middle

- Bifurcated inventory pool / early-binding decision
- Local logistics
- RTR Effort: Medium + Capital Raise required
- Time to First BA Launch - **9-18 months, $75-$150M opportunity cost**

Speed to Market

- Bifurcated inventory pool / early-binding decision
- Remote logistics initially, transferred to local logistics asap
- RTR Effort: Low + No Capital Raise required
- Time to First BA Launch - **3 months**

**Company Confidential**

CaaStle

# Appendix
# (Other)

**Company Confidential**

35

CaaStle

# Notes on Pro Forma 2023 and 2024

Major Assumptions for RTR forecast

- Increase revenue by 25% YoY for 2023 and 20% for 2024
- Gross Margin improvement by 1.5% each year
- Upfront Clothing costs : Rev Share Costs ratio held steady from Q1 2022
- Operating Expenses reflect $25M restructuring plan
- Interest Expense flat
- Clothing CapEx represents only upfront spend at same ratio as Q1 2022
- Deferral of principal repayment

# RTR Q1 Actuals & 250 Branded Affiliates

|  | RTR Q1 Results | BA Program 250 | Annualized |
|---|---|---|---|
| Revenue | $ 67,100,000 | $ 25,500,000 | $ 370,400,000 |
| Fulfillment | $ 22,900,000 | $ 15,000,000 | $ 151,600,000 |
| Clothing | $ 21,700,000 | $ - | $ 86,800,000 |
| **Gross Profit** | **$ 22,500,000** | **$ 10,500,000** | **$ 132,000,000** |
| **Gross Margin** | **34%** | **41%** | **36%** |

FCF: +$42M

Cash saved for comparable subscriber growth: $125M-$160M

Change in Cash: +$167M-$202M

Company Confidential

CaaStle

# Assume RTR Growth & 500 Branded Affiliates

|  | RTR 20% Growth | BA Program 500 | Annualized |
|---|---|---|---|
| Revenue | $ 80,000,000 | $ 51,000,000 | $ 524,000,000 |
| Fulfillment | $ 27,200,000 | $ 30,000,000 | $ 228,800,000 |
| Clothing | $ 25,000,000 | $ - | $ 100,000,000 |
| **Gross Profit** | **$ 27,800,000** | **$ 21,000,000** | **$ 195,200,000** |
| **Gross Margin** | **35%** | **41%** | **37%** |

FCF: +$84M

Cash saved for comparable subscriber growth: $200M-$300M

Change in Cash: +$284M-$384M

Company Confidential

CaaStle

# Assume RTR Growth, 500 Branded Affiliates, & Fulfillment -10%

|  | RTR 20% Growth | BA Program 500 | Annualized |
|---|---|---|---|
| Revenue | $ 80,000,000 | $ 51,000,000 | $ 524,000,000 |
| Fulfillment (10%) | $ 24,480,000 | $ 27,000,000 | $ 205,920,000 |
| Clothing | $ 25,000,000 | $ - | $ 100,000,000 |
| **Gross Profit** | **$ 30,520,000** | **$ 24,000,000** | **$ 218,080,000** |
| **Gross Margin** | **38%** | **47%** | **42%** |

FCF: +$96M

Cash saved for comparable subscriber growth: $222M-$322M

Change in Cash: +$318M-$418M

Company Confidential

CaaStle

# Disclaimer

This presentation, delivered per the terms of the NDA signed 9/26/2022 reflects the direction that CaaStle and Rent the Runway may take with regard to the CaaStle products and services described; each of which is subject to change. The statements of fact and opinion expressed in this presentation are those of CaaStle **and contains neither legal nor investor/investment management advice**. Many factors can affect the potential outcomes presented. CaaStle neither commits to nor warrants the potential outcomes. Rent the Runway acknowledges that it will explore with its advisors and other stakeholders in reaching its independent decisions regarding whether and how to proceed with this or any related or subsequent proposal.

**Company Confidential**