## EXHIBIT D

[Hennessy retroactive resignation]

John L. Hennessy
207 Stockbridge Avenue
Atherton, CA 94027

December 6, 2024

Board of Directors
CaaStle, Inc.
Via email to: Felice Gray-Kemp

To the Board of Directors of CaaStle, Inc.:

My term as a member of the Board of Directors (the "*Board*") of CaaStle, Inc., a Delaware corporation (the "*Company*"), was pursuant to the attached letter agreement (the "*Board Appointment Letter*").  Pursuant to the terms of the Board Appointment Letter, my term as a member of the Board terminated on April 12, 2021 (the "*Termination Date*").  To avoid any ambiguity, please consider this a confirmatory resignation, to have effect as of the Termination Date.

Best regards,

John L. Hennessy