## EXHIBIT 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CAASTLE, INC.,<br><br>               Debtor. | Chapter 7<br><br>Bankruptcy Case No.: 25-11187 (BLS) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle, Inc.,<br><br>               Plaintiff.<br><br>v.<br><br>CHRISTINE HUNSICKER, JASWINDER PAL SINGH, SCOTT CALLON, GEORGIY GOLDENBERG a/k/a GEORGE GOLDENBERG, JOHN HENNESSY, CHIRAG JAIN, DAYNA CORLITO, LORI HOBERMAN, HOBERMAN LAW GROUP PLLC,<br><br>               Defendants. | Adversary Case No.: 26-50225 (BLS)<br><br>**Ref. Adv. D.I. 1** |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CHRISTINE HUNSICKER, JOHN HENNESSY, JASWINDER PAL SINGH AND GEORGIY GOLDENBERG a/k/a GEORGE GOLDENBERG TO RESPOND TO COMPLAINT**

Plaintiff, George L. Miller, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of CaaStle, Inc., (the "Plaintiff"), and Defendants Christine Hunsicker, John Hennessy, Jaswinder Pal Singh and Georgiy Goldenberg a/k/a George Goldenberg ("Defendants" and, together with Plaintiffs, the "Parties"), (John Hennessy, Jaswinder Pal Singh and Georgiy Goldenberg a/k/a George Goldenberg, through their respective counsel, and Christine Hunsicker, *pro se*), enter into this *Stipulation for Extension of Time for Defendants Christine Hunsicker, John Hennessy, Jaswinder Pal Singh and Georgiy Goldenberg a/k/a George Goldenberg to Respond to Complaint* (the "Stipulation"), and hereby stipulate and agree as follows:

1.      The Parties agree and stipulate that each Defendant accepts service of the Summons and Complaint in this matter (the "Complaint"), and waives any claim or defense of improper service.

2.      The Parties agree and stipulate that the time within which Defendants may answer, move, or otherwise respond to the Complaint [Adv. D.I. 1] is hereby extended from April 30, 2026 to June 29, 2026.[1]

3.      The deadline by which Plaintiff may respond to any motion or other response to the Complaint filed by the Defendants is hereby extended to August 28, 2026.

4.      The deadline by which the Defendants may file replies to any response filed by the Plaintiff is extended to 30 days after the filing of Plaintiff's response

5.      The Parties further agree and stipulate that the pretrial conference currently scheduled for June 17, 2026 at 9:30 a.m. (ET) in this matter will go forward as scheduled.

---

[1]    No provision of this Stipulation other than paragraph 1 with respect to acceptance of service shall be construed as a waiver of Defendants' rights to file responsive pleadings and motions, including without limitation motions pursuant to Fed. R. Civ. P. 12, other than Fed. R. Civ. P 12(b)(4).

Dated: April 29, 2026

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

*/s/ Ann M. Kashishian*
Ann M. Kashishian (No. 5622)
Sean M. Brennecke (No. 4686)
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Tel. (302) 985-6009
Emails: ann.kashishian@lewisbrisbois.com
         sean.brennecke@lewisbrisbois.com


-and-

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
Richard W. Boone, Jr.
Siobhán Mueller
Kieran R. Lang
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Emails: richard.boone@wilsonelser.com
         siobhan.mueller@wilsonelser.com
         kieran.lang@wilsonelser.com

*Counsel for Defendants Jaswinder Pal Singh
and Georgiy Goldenberg a/k/a George
Goldenberg*


*/s/ Christine Hunsicker*
Defendant Christine Hunsicker, pro se

**WILSON SONSINI GOODRICH &
ROSATI, P.C.**

*/s/ Erin R. Fay*
Andrew D. Cordo (No. 4534)
Erin R. Fay (No. 5268)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 304-7600
Emails: acordo@wsgr.com
         efay@wsgr.com

-and-

Caz Hashemi (pro hac vice forthcoming)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-1050
Email: chashemi@wsgr.com

*Counsel for Defendant John Hennessy*


**DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*
Peter C. Hughes
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: (302) 571-9800
Email: phughes@dilworthlaw.com

-and-

Lawrence G. McMichael
Ira N. Richards
David Rodkey
One Liberty Place
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Emails: irichards@dilworthlaw.com
         lmcmichael@dilworthlaw.com
         drodkey@dilworthlaw.com

*Counsel for Plaintiff George L. Miller,
Chapter 7 Trustee*

3