**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ***In re:***<br>**CAASTLE, INC.,**<br>***Debtor.*** | **CHAPTER 7**<br>**CASE NO. 25-11187-BLS** |
| **GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle, Inc.,**<br>***Plaintiff,***<br>**v.**<br>**CHRISTINE HUNSICKER, *et al.*,**<br>***Defendants.*** | **ADV. CASE NO. 26-50225-BLS** |

**DEFENDANTS HOBERMAN'S AND HOBERMAN LAW GROUP PLLC'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AGAINST THEM**

**COME NOW** Defendants Lori Hoberman, Esquire ("Hoberman") and Hoberman Law Group PLLC (the "Law Firm"), and move, pursuant to Fed. R. Civ. P. 12(b)(6) as incorporated through Fed. R. Bankr. P. 7012(b), to dismiss the Complaint as against them for failure to state a claim upon which relief may be granted, on the grounds set forth with greater particularity in their contemporaneously-filed Opening Brief in support of this Motion.

Respectfully submitted,

**O'HAGAN MEYER PLLC**

By: */s/ Alan D. Albert*
Alan D. Albert (DE 6258)
2751 Centerville Road, Suite 100
Wilmington, DE 19808
P: (302) 492-2151
F: (804) 237-0250
E: *aalbert@ohaganmeyer.com*

Dated: August 14, 2026

**CERTIFICATE OF SERVICE**

I certify pursuant to Fed. R. Bankr. P. 7005 and Fed. R. Civ. P. 5 that, on the 14th day of August, 2026, the foregoing Motion to Dismiss for Failure to State a Claim upon which Relief May Be Granted was filed by means of the CM/ECF electronic filing system, which will cause a Notice of Electronic Filing (NEF) to be served on counsel of record, as follows:

Peter C. Hughes, Esquire
Dilworth Paxson LLP
800 N. King Street, Suite 202
Wilmington, DE 19801

Lawrence G. McMichael, Esquire
Ira N. Richards, Esquire
David Rodkey, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

*Counsel for Plaintiff George L. Miller, Chapter 7 Trustee*

Erin R. Fay, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801

Caz Hashemi, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

*Counsel for Defendant John Hennessy*

Thomas E. Butler, Esquire
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

Michael Ingrassia, Esquire
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE 19899-1347

Stuart J. Wells, Esquire
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

*Counsel for Defendant Dayna Corlito*

*/s/ Alan D. Albert*
Alan D. Albert (DE 6258)
O'Hagan Meyer PLLC
2751 Centerville Road, Suite 100
Wilmington, DE 19808
T: (302) 492-2151
*aalbert@ohaganmeyer.com*